**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **MARION COUNTY ECONOMIC DEVELOPMENT DISTRICT AND MARION COUNTY BOARD OF SUPERVISORS** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 2:13-CV-00044-KS-MTP** |
| **WELLSTONE APPAREL, LLC, WELLSTONE MILLS, LLC, AMERICAN APPAREL, INC., BRIGADE MANUFACTURING, INC., ALTON SPURLOCK, JOSH HAMILTON, SEIJI TSUZUKI, NAIDEN KREMENLIEV AND JOHN DOES 1-10** | **DEFENDANTS** |

**FINAL JUDGMENT AND DISMISSAL
OF ALL CLAIMS WITH PREJUDICE**

Pending before the Court is an *ore tenus* motion jointly by Plaintiffs, MARION COUNTY BOARD OF SUPERVISORS, and MARION COUNTY ECONOMIC DEVELOPMENT DISTRICT, and Defendant, BRIGADE MANUFACTURING, INC., for this lawsuit to be dismissed with prejudice. Those parties have advised the Court that they have resolved their disputes amicably and wish to dismiss with prejudice all of Plaintiffs' remaining claims that have been asserted or could have been asserted in this lawsuit against any of the defendants, including any and all claims against Defendant Brigade Manufacturing, Inc., Wellstone Apparel, LLC, and Wellstone Mills, LLC, and the other defendants.  Noting that several of the defendants have already been dismissed from this lawsuit (including AMERICAN APPAREL, INC., ALTON SPURLOCK, JOSH HAMILTON, and NAIDEN KREMENLIEV) and considering the agreement of the remaining parties to the present motion, and having considered the other grounds for the motion and being fully informed in the premises, the Court finds

that the motion is well-taken and should be granted.  Pursuant to Rule 54(b), Fed. R. Civ. P., the Court expressly finds that this lawsuit should be dismissed in its entirety, with prejudice.

**IT IS HEREBY ORDERED** that all Plaintiffs' claims asserted, or that could have been asserted against any of the defendants, including Brigade Manufacturing, Inc., Wellstone Apparel, LLC, and Wellstone Mills, LLC, are hereby dismissed with prejudice, and with the Plaintiffs and Defendants bearing their own costs.

**SO ORDERED** this the 12th day of August, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE


 /s/Monte L. Barton Jr.
Monte L. Barton Jr., Esq.
JERNIGAN COPELAND & ANDERSON, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 2598
Ridgeland, MS 39158-2598
Direct Dial:  (601) 427-0015
Email: mlbarton@jcalawfirm.com
*Counsel for Plaintiffs Marion County*
*Board of Supervisors and Marion County*
*Economic Development District*


 /s/ Brian A. Montague
Brian A. Montague, Esq.
Law Offices of Brian A Montague, PLLC
25 Town Center Square
Hattiesburg, MS 39402
Phone 601.450.1111
Email: brian.m@montaguelawyer.com
*Counsel for Defendant*
*Brigade Manufacturing, Inc.*